## Nixon's Estate.

Argued November 25, 1931. Before FRAZER, C. J., WALLING, SIMPSON, KEPHART, SCHAFFER, MAXEY and DREW, JJ.

262

266

268

*C. J. Hepburn,* with him *Edward A. Collins, Jr.,* and *Thomas Hart,* for appellant.

*Thomas Stokes,* with him *Thomas A. Montgomery, Jr.,* for appellee.

PER CURIAM, January 5, 1932:

The judgment of the Superior Court, sustaining the decree of the orphans' court, is affirmed on the opinion of Judge LINN, which states the facts and the conclusions of law so lucidly and fully that nothing could be added with any benefit. Costs to be paid by the estate.